# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JIMMY MITCHELL,

    Petitioner,

vs.

GREG SMITH, et al.,

    Respondents.

Case No. 3:09-CV-00453-LRH-(VPC)

**ORDER**

    Respondents having submitted a Motion for Enlargement of Time (First Request) (#13), and good cause appearing;

    IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (First Request) (#13) is **GRANTED**. Respondents shall have through February 4, 2010, to file and serve an answer or other response to the Amended Petition (#9).

    DATED this 18th day of December, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE